**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Trey Williams, Appellant.

Appellate Case No. 2010-162886

_____

Appeal From York County
John C. Hayes, III, Circuit Court Judge

_____

Unpublished Opinion No. 2013-UP-102
Submitted January 1, 2013 – Filed March 13, 2013

_____

**AFFIRMED**

_____

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie Kate Keeney, all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.

_____

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Laney*, 367 S.C. 639, 643, 627 S.E.2d 726, 729 (2006) ("In criminal cases, this [c]ourt sits to review errors of law only and is bound by factual findings of the trial court unless an abuse of discretion is shown."); *United States v. Holmen*, 586 F.2d 322, 323-24 (4th Cir. 1978) (finding no error in trial court's denial of defendant's motion to withdraw a waiver of his right to a jury trial when the defendant made his motion on the day prior to trial and the witnesses had already been subpoenaed).

**AFFIRMED.**[1]

**FEW, C.J., WILLIAMS, J., and PIEPER, J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.